IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CAPRIGLIONE, | § | |
| | § | No. 138, 2021 |
| Respondent Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | CA No. N21C-04-091 |
| STATE OF DELAWARE, ex rel. | § | |
| KATHLEEN JENNINGS, | § | |
| ATTORNEY GENERAL, | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: July 14, 2021
Decided: July 16, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en banc*.

# **O R D E R**

This 16th day of July 2021, the Court, having considered the record, the briefs, and the oral argument of counsel on an expedited basis, has concluded that the judgment of the Superior Court should be reversed. A more formal opinion, fully explaining our views, will issue in due course. The mandate shall issue immediately. The Appellant may take his oath of office.

BY THE COURT:
*/s/ Gary F. Traynor*
Justice